**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 279 EAL 2018

:

Respondent               :

                                   :    Petition for Allowance of Appeal from

                                   :    the Order of the Superior Court

v.                          :

:

:

DANIEL LUCAS,                  :

:

Petitioner               :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 19th day of December, 2018, the Petition for Allowance of Appeal and Application for Relief are **DENIED**.